People of the State of Illinois ex rel. Oscar Nelson,
Complainant Below, v. Union Bank of Chicago,
Defendant Below.
Mae L. Riordan, Appellant, v. Harry R. Spellbrink,
Successor Receiver, Appellee.

Gen. No. 40,891.

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940. Kennedy, Grider & Moberley, for appellant; Schuyler & Hennessy, for appellee; Theodore E. Zahler and C. Ernest Heaton, of counsel. Opinion by Presiding Justice JOHN J. SULLIVAN. "Not to be published in full."